In the Matter of the Petition of Thomas F. Gilroy, Commissioner of Public-Works of the City of New York, under and in Pursuance of Chapter 490 of the Laws of 1883 and the Laws Amendatory Thereof, on Behalf of the Mayor, Alder-

men and Commonalty of the City of New York for the Appointment of Commissioners of Appraisal under Said Acts. Dean Nelson and Others, Appellants; Henry C. Nelson and The City of New York, Respondents. Eighth Supplemental Proceeding. Parcel No. 184.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.